**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>Defendant. | Civil Action No. 1:11-cv-01243-RGA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S ANSWER TO DEFENDANT'S FIRST AMENDED COUNTERCLAIMS

Plaintiff Round Rock Research, LLC ("Round Rock") hereby answers the First Amended Counterclaims of Defendant J.C. Penney Corporation, Inc. ("J.C. Penney") as follows:

## COUNTERCLAIM

56. Round Rock incorporates and realleges the allegations of its Complaint and denies the allegations in each of J.C. Penney's affirmative defenses.

## PARTIES

57. Round Rock admits the allegations in paragraph 57 of the Counterclaims.

58. Round Rock admits the allegations in paragraph 58 of the Counterclaims.

## JURISDICTION AND VENUE

59. Round Rock admits that this Court has subject matter jurisdiction and that a real, immediate, and justiciable controversy exists between Round Rock and J.C. Penney regarding J.C. Penney's infringement and the validity of each patent-in-suit.

60. Round Rock admits the allegations in paragraph 60 of the Counterclaims.

61. Round Rock admits the allegations in paragraph 61 of the Counterclaims.

## FIRST CLAIM FOR RELIEF
## DECLARATION OF PATENT NONINFRINGEMENT

62. With respect to paragraph 62 of the Counterclaims, Round Rock incorporates and realleges its responses to the allegations in paragraphs 56-61 of the Counterclaims.

63. Round Rock admits the allegations in paragraph 63 of the Counterclaims.

64. Round Rock denies the allegations in paragraph 64 of the Counterclaims.

65. Round Rock admits that it brought this action based upon J.C. Penney's infringement of the patents-in-suit and that a declaration of rights between the parties is appropriate and necessary. Round Rock denies the remaining allegations in paragraph 65 of the Counterclaims.

## SECOND CLAIM FOR RELIEF
## DECLARATION OF PATENT INVALIDITY

66. With respect to paragraph 66 of the Counterclaims, Round Rock incorporates and realleges its responses to the allegations in paragraphs 56-65 of the Counterclaims.

67. Round Rock denies the allegations in paragraph 67 of the Counterclaims.

68. Round Rock admits that it brought this action based upon J.C. Penney's infringement of the patents-in-suit and that a declaration of rights between the parties is appropriate and necessary. Round Rock denies the remaining allegations in paragraph 68 of the Counterclaims.

## ATTORNEYS' FEES AND COSTS

69. With respect to paragraph 69 of the Counterclaims, Round Rock incorporates and realleges its responses to the allegations in paragraphs 56-68 of the Counterclaims.

70. Round Rock denies the allegations in paragraph 70 of the Counterclaims.

## REPLY TO J.C. PENNEY'S PRAYER FOR RELIEF

Round Rock denies that J.C. Penney is entitled to any relief whatsoever in this litigation, either as prayed for in J.C. Penney's Counterclaims or otherwise. Round Rock further denies each and every allegation contained in J.C. Penney's Counterclaims to which Round Rock has not specifically responded.

## DEMAND FOR JURY TRIAL

Round Rock hereby demands a trial by jury on all issues so triable.

Dated: March 8, 2012

FARNAN LLP

/s/Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
bfarnan@farnanlaw.com

Jon T. Hohenthaner (admitted *pro hac vice*)
Jason Berrebi (admitted *pro hac vice*)
Eugene Chiu (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)
jhohenthaner@desmaraisllp.com
jberrebi@desmaraisllp.com
echiu@desmaraisllp.com

*Counsel for Plaintiff*
*Round Rock Research, LLC*